Jacqueline M. James, Esq. (#1845)
**The James Law Firm, PLLC**
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601
T: 914-358-6423
F: 914-358-6424
E-mail:  jjames@jacquelinejameslaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 107.188.9.57,<br><br>　　　　　　Defendant. | Civil Action No. 2:25-cv-02576-ENV-SIL |

### PLAINTIFF'S NOTICE OF SETTLEMENT AND
### <u>VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF JOHN DOE</u>

**PLEASE TAKE NOTICE,** Plaintiff Strike 3 Holdings, LLC ("Plaintiff") has settled this matter with John Doe, subscriber assigned IP address 107.188.9.57 ("Defendant"), through Defendant's council, Pro Se, Esq..  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>without prejudice</u>.   Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

　　　　Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  November 25, 2025　　　　　　　　　　　　Respectfully submitted,

1

By: /s/ *Jacqueline M. James*
Jacqueline M. James, Esq. (#1845)
The James Law Firm, PLLC
*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Jacqueline M. James*
Jacqueline M. James, Esq.

**Application Granted**
**SO ORDERED**
Brooklyn, New York
Dated: 12/1/2025

/s/ Eric N. Vitaliano
Eric N. Vitaliano
United States District Judge

The clerk of court is directed to close this case.

2